UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 13-13054 |
| | ) | |
| DANIEL KOSTER | ) | CHAPTER 7 |
| | ) | |
| | ) | JUDGE: ARTHUR HARRIS |
| Debtor | ) | |

**TRANSMITTAL OF UNCLAIMED FUNDS**

Alan J. Treinish, Trustee of this Estate, reports the following:

Ninety days have passed since the Final Distribution was made in this case. A Stop Payment has been issued on the following check:

Account No. 1156901847

4/28/15 Check No. 1008 payable to Miracle Plumbing and Heating in the amount of $3,787.58

Your Trustee's check number 1009 in the above respective amount payable to the Clerk of the United States Bankruptcy Court is being electronically transmitted through ACH Direct Debit this date.

Date: August 11, 2015  /s/ Alan J. Treinish
ALAN J. TREINISH, Trustee